**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MALAVE o/b/o G.K.M,

                    Plaintiff,                  21 **CIVIL** 9193 (SLC)

      -v-                                      **JUDGMENT**

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 21, 2022, that the action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceeding, including the opportunity for a new hearing and issuance of a new decision.

**Dated:**  New York, New York
          October 24, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                           **BY:**

                                                       **Deputy Clerk**